IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00901-AP

Lori Michelle Cairns,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<table>
<tr><td></td><td>For Plaintiff:</td></tr>
<tr><td></td><td>Chris W. Gordon, Esq.<br>Irwin & Boesen, P.C.<br>4100 E. Mississippi Ave., 19th Fl.<br>Denver, CO 80246<br>(303) 320-1911<br>Cgordon@coloradolawyers.com</td></tr>
<tr><td></td><td>For Defendant:</td></tr>
<tr><td>John F. Walsh<br>United States Attorney<br><br>J. Benedict García<br>Assistant United States Attorney</td><td>Michael A. Thomas<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel, Region VIII<br>1961 Stout St., Ste. 04-169<br>Denver, CO 80294<br>(303) 844-1190<br>Michael.A.Thomas@ssa.gov</td></tr>
</table>

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed: April 8, 2013**

      B.      **Date Complaint  Was Served on U.S. Attorney's Office: April 23, 2013**

      C.      **Date Answer and Administrative Record Were Filed: June 20, 2013**

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.      **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

Due to Defendant's counsel's caseload and schedule, as well as Plaintiff's counsel's schedule, the parties request a briefing schedule outside the standard time frame.

      A.      **Plaintiff's Opening Brief Due: September 2, 2013**

      B.      **Defendant's Response Brief Due: October 2, 2013**

      C.      **Plaintiff's Reply Brief (If Any) Due: October 17, 2013**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:  Plaintiff does not request oral argument.**

      B.      **Defendant's Statement: Defendant does not request oral argument.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.　( )　**All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.　( x )　**All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this <u>10</u><sup>th</sup> day of <u>July</u>, 20 <u>13</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/J.J. Fraser, III
J. J. Fraser, III, Esq.
Irwin & Boesen, P.C.
4100 E. Mississippi Ave., 19th Fl.
Denver, CO 80246
(303) 320-1911
jjfraser@coloradolawyers.com

Attorney for Plaintiff

UNITED STATES ATTORNEY

/s/Michael A. Thomas
By: Michael A. Thomas
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout St., Ste. 04-169
Denver, CO 80294
(303) 844-1190
Michael.A.Thomas@ssa.gov

Attorneys for Defendant

- 3 -