**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00901-WJM

LORI MICHELLE CAIRNS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Decision of Administrative Law Judge, entered by the Honorable William J. Martínez, United States District Judge, on May 30, 2014,

IT IS ORDERED that the Commissioner's decision is AFFIRMED.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant.

Dated at Denver, Colorado this   2nd   day of June, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk